**The following constitutes**
**the order of the court. Signed May 25, 2010**

_____

**Roger L. Efremsky**
**U.S. Bankruptcy Judge**
_____

1  BRUCE W. BLAKELY [SBN 106832]
2  FLAXMAN & BLAKELY
   Shelterpoint Business Center
3  591 Redwood Highway, Suite 2275
   Mill Valley, CA 94941
4  Telephone:      (415) 381-6650
   Facsimile:      (415) 381-4301
5

6  Attorney for Plaintiff and Creditor
   Philip DiGirolamo
7

8

9

10                  UNITED STATES BANKRUPTCY COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12  IN RE                              ) Case No.: 10-50178
                                       )
13  ANGELO DiGIROLAMO,                 ) Adversary Proceeding No.: 10-05022
                                       )
14                                     ) Chapter 7
              Debtor.                  )
15                                     ) **DEFAULT JUDGMENT**
                                       )
16  PHILIP DiGIROLAMO,                 )
                                       )
17                                     )
              Plaintiff,               )
18                                     )
19       vs.                           )
                                       )
20  ANGELO DiGIROLAMO,                 )
                                       )
21                                     )
              Defendant.               )
22                                     )

23

24

25

26

27

28

DEFAULT JUDGMENT

1    Upon consideration of plaintiff Philip DiGirolamo's Motion for Entry of Default

2  Judgment and supporting evidence, it appearing that the Plaintiff timely commenced the above

3  action, it appearing that the Defendant has failed to Answer or to otherwise respond to the

4  Complaint, it appearing that there is evidence to support the Complaint herein, and good cause

5  appearing therefor,

6      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

7      1.      The Defendant has received reasonable notice and opportunities to be heard, and

8  despite such opportunities, has not responded timely to the Complaint herein, such that it is

9  appropriate to enter judgment against the Defendant by default.

10      2.      The Amended Judgment of the Alameda County Superior Court in Case No. RG-

11  08407865 in favor of Plaintiff Philip DiGirolamo and against Angelo DiGirolamo dated

12  December 28, 2009, and the obligations to Plaintiff described therein, are determined to be non-

13  dischargeable.

14              *    *    *    END OF ORDER    *    *    *

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFAULT JUDGMENT**

1

<u>**Court's Service List**</u>

2

3  Bruce W. Blakely, Esq.
   Flaxman & Blakely

4  591 Redwood Highway, Suite 2275
   Mill Valley, CA 94941

5

6  Matthew E. Williamson
   Law Office of Matthew E. Williamson

7  490 Calle Principal
   Monterey, CA  93940

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFAULT JUDGMENT**