# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: nortiz | Date Created: 5/26/2010 |
| Case: 10–05022 | Form ID: pdfeoapc | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Bruce W. Blakely     bruce@brucewblakely.com

                                                                                                                   TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
         Matthew E. Williamson     Law Office of Matthew E. Williamson     490 Calle Principal     Monterey, CA 93940

                                                                                                                     TOTAL: 1